**95–2134.** Donnell v. Donnell. *Sandusky County,* No. S–94–031. Reported at 74 Ohio St.3d 1524, 660 N.E.2d 744. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and STRATTON, JJ., not participating.

**95–2143.** State v. Reddy. *Lorain County,* No. 94CA005972. Reported at 74 Ohio St.3d 1522, 660 N.E.2d 742. On motion for reconsideration and motion to continue bond. Motions denied.

MOYER, C.J., dissents.

STRATTON, J., not participating.

# DISCIPLINARY DOCKET

**94–2701.** Disciplinary Counsel v. Pagac. On emergency motion to withdraw motion for order to show cause. *Sua sponte,* motions stricken.

RESNICK, J., would deny the motion.

DOUGLAS, J., would grant withdrawal.

**96–500.** In re Eyerman. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Beth A. Eyerman of Tucson, Arizona, Attorney Registration No. 0023644, is indefinitely suspended from the practice of law.

STRATTON, J., not participating.

**96–564.** In re Sweeney. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Antonio Sweeney of Cleveland, Ohio, Attorney Registration No. 0006003, is indefinitely suspended from the practice of law.